

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2022

**BY EMAIL**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Orlando Herrera-Perez, a/k/a "Rolo,"* 16 Cr. 388 (GBD)

Dear Judge Daniels:

On or about June 3, 2016, Orlando Herrera-Perez and co-defendant Eudaldo Jaramillo-Aguillar were charged in the above-referenced sealed indictment, and arrest warrants were subsequently issued for both defendants. On July 30, 2018, Jaramillo-Aguillar was arrested on a superseding indictment, which was subsequently unsealed. He pleaded guilty and was sentenced in 2019 to time served.

On May 1, 2022, Herrera-Perez was arrested in the Dominican Republic. On September 29, 2022, he was extradited from the Dominican Republic to New York. On September 30, 2022, he was presented before the Honorable James L. Cott and consented to detention without prejudice to making a future application.

We are hereby writing to request that Your Honor enter an order unsealing the Indictment against Herrera-Perez, which was returned on or about June 3, 2016.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kedar S. Bhatia
Assistant United States Attorney
(212) 637-2465

SO ORDERED: **OCT 0 4 2022**

_____
The Honorable George B. Daniels
United States District Judge
Southern District of New York