**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ORLANDO HERRERA-PEREZ,

    Defendant.

------------------------------------x

ORDER

16 Crim. 388 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference is scheduled for October 13, 2022 at 12:00 p.m.

Dated:
    New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge