UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ORLANDO HERRERA-PEREZ,

              Defendant.

------------------------------------------------------------x

<u>ORDER</u>

16 Crim. 388 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the open letter motion at ECF No. 44 as having been resolved by this Court's Order at ECF No. 45.

Dated: April 12, 2023
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge